UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE COMPLAINT OF
JOHN SANOCKI and MICHELLE SANOCKI,
as Owners of a 1993 Carver 390 AFT Cabin
Motor Vessel with Hull ID Number
CDRW3032E393, for Exoneration from or
Limitation of Liability,

      Petitioners.
_____/

Case No. 1:23-cv-942

HON. JANE M. BECKERING

## ORDER OF PARTIAL DISMISSAL

Pending before the Court are Stipulations for partial dismissal (ECF Nos. 84-94, & 98). The Court having reviewed the above filings and the filing addressing discrepancies between certain names (ECF No. 107):

**IT IS HEREBY ORDERED** that the Stipulations for partial dismissal (ECF Nos. 84-94, & 98) are GRANTED. Petitioners John and Michelle Sanocki's claims against Progressive Casualty Insurance Company, Progressive Marathon Insurance Company, Progressive Michigan Insurance Company, Timothy Gunnin, Steve Dix, Fred Scharmer, Sarah Mertel, Richard Hartger, Adam Shepherd, Chad Beilhartz, Scott Meyers, Misty Steinhauer, Jay Ries, Christopher Frett, Daniel Breunsbach, Tiffany Bylund, Daniel Leonard, Edward Kleinfeld, Todd Carless, Roberto Esteban, Kenneth Johnson, Robert Filka, Breanne Klint, Angela Pagel, Jack Draper, Charlie Chesney, Michael King, Chad Haskins, Todd Scholten, Michelle Robinson, Jamie St. George, Julie Reynolds, Matthew Occhipinti, Travis Nadeau, Michael Best, Dean Wolever, Jeremy Elwell, James Goudie, Ralph Bravata, Daniel Cassini, Terry Simon, Jeremy Burt, Eric Cronick, James Hopper, Tony Manie, Monique Collier, Richard Flater, Hunter Anderson, Gwyn Kuiphof, James

L. Huyser, Matthew Dugener, Eric Allen, Tim Hall, Trellis Loudermill, John Stapel, Kathy Younts, Auto-Owners Insurance Company, Mark Holleman, Timothy Bonnette, Andy Baber, Veronica Cloethingh, James Faas, Thurston Dean, Penny Englerth, Richard Drzewicki, Daniel Bitzer, Daniel Farhat, Brian Gerrans, Mark Quigg, John Piercefield, Shelby Saldana, Gregory Miller, Steven Vandenberge, Christopher Kuhn, Marcos Valim, Tod Nowakowski, Dave J. Semelbauer, Cincinnati Insurance Company, Richard Vuyst, Sue Vuyst, William Cooper, The Citizens Insurance Company of the Midwest, Julienne Little, Matthew Zgliczynski, Brian Ziemba, Laurel Barnett, Fremont Insurance Company, Jonathan Lankamp, John Egan, Gary Mayette, Werner Schoenknecht, Harrison Gillette, Alyssa Johnson, Matthew George, Matthew Powell, James Thatcher, John Sabin, Robert Winicki, Michael Cherwinski, Mark Hickmott, Ronald Roberts, Edward Alexander, Jessica Alexander, Carrie Zettle, Markel American Insurance, Robert Wilcox, Jeffrey Gawel, Doug Flaherty, Val Flaherty, Memberselect Insurance Company, Jack Bos, Julie Bos, New Hampshire Insurance Company, Greg Westphall, Great American Insurance Company, Christopher Morris d/b/a Meg-A-Fish, William Kyle Buck d/b/a Great Lakes Guide Service, West Michigan Whitetails (Dan Spoelman), Frankenmuth Insurance Company, Scott Wilcox, Viktor Anderson, Todd Carless, Jodi Carless, Jody Wood, Thomas Ralston, and Sandra Rosenberg are DISMISSED with prejudice, and without costs and attorney fees to any party.

    This case proceeds as to the default parties only.

Dated: August 16, 2024                                      /s/ Jane M. Beckering
                                                                          JANE M. BECKERING
                                                                          United States District Judge