UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE COMPLAINT OF
JOHN SANOCKI and MICHELLE SANOCKI,
as Owners of a 1993 Carver 390 AFT Cabin
Motor Vessel with Hull ID Number
CDRW3032E393, for Exoneration from or
Limitation of Liability,

  Petitioners.
_____/

Case No. 1:23-cv-942

HON. JANE M. BECKERING

**ORDER**

This matter is before the Court on Petitioners' Motion for default judgment against certain individuals and for adjournment of default judgment as to certain individuals (ECF No. 108). The Court, having reviewed the filing, holds in abeyance in part and grants in part the motion. Specifically, the motion is held in abeyance as to the request for default judgment against certain individuals, subject to Petitioners filing a proposed default judgment. The motion is granted as to the request for an adjournment. Accordingly:

**IT IS HEREBY ORDERED** that Petitioners' Motion for default judgment against certain individuals and for adjournment of default judgment as to certain individuals (ECF No. 108) is HELD IN ABEYANCE IN PART AND GRANTED IN PART.

**IT IS FURTHER ORDERED** that Petitioners shall, not later than October 14, 2024, move for default judgment against, or dismiss the case as to, Ken Haverkate, Shelley Haverkate, Stephanie Miles, Mattias Meyer, Mark Nelleton, Bob Thibaubeau, Don Meinke, Ann Meinke, Park Oliver, James Snead, and Myrtle Soles.

**IT IS FURTHER ORDERED** that Petitioners shall, not later than October 14, 2024, file a proposed default judgment as to all remaining defaulted parties.

**IT IS FURTHER ORDERED** that additional requests to extend the above deadlines will not be favored.


Dated: August 16, 2024	/s/ Jane M. Beckering
	JANE M. BECKERING
	United States District Judge