UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

"IN ADMIRALTY"

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF JOHN SANOCKI and MICHELLE SANOCKI, as Owners of a 1993 Carver 390 AFT Cabin Motor Vessel with Hull ID Number CDRW3032E393, for Exoneration from or Limitation of Liability,<br><br>       Petitioners. | Case No. 1:23-cv-942<br>Hon. Jane M. Beckering |

_____/

## MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO THE GEICO DEFAULTED INDIVIDUALS

Petitioners/Limitation Plaintiffs, JOHN SANOCKI and MICHELE SANOCKI (collectively, "Petitioners") by and through undersigned counsel and as owners of a certain 1993 Carver 390 AFT Cabin motor vessel with Hull ID Number CDRW3032E393 (the "Vessel"), move this Honorable Court to enter a default judgment against certain individuals who have failed to file an answer to the Petition and failed to appear in this matter.

On July 12, 2024 this Honorable Court entered a default order pursuant to Federal Rules of Civil Procedure ("FRCP") 55(a) as to Don Meinke, Bob Thibaudeau, Stephanie Miles, James Snead, Park Oliver, Mark Nettleton, Matthias Meyer, Myrtle Soles, and Ken Haverkate (collectively "GEICO defaulted individuals"). (ECF 105).

On July 12, 2024, at 4:25 p.m. EST, shortly after this Honorable Court electronically submitted its default order, counsel for Petitioners received a letter of representation from Peter K. Moroh who represented the GEICO defaulted individuals' subrogated interests. (**Exhibit A, Letter of Representation**).

This Honorable Court thereafter issued an order *inter alia* directing Petitioners to move for default judgment against all of the defaulted individuals, including the GEICO defaulted individuals. (ECF 106). Counsel for Petitioners thereafter brought a motion for entry of default judgment as to certain individuals and a motion for adjournment as to the GEICO defaulted individuals. This Court granted the motion and instructed Petitioners to file a motion for entry of default judgment as to the GEICO defaulted individuals on or before October 14, 2024.

Counsel for Petitioners and the GEICO defaulted individuals' counsel engaged in settlement negotiations, but such discussions have broken down. Counsel for the GEICO defaulted individuals has indicated that it plans to file a seperate action against Petitioners despite knowing of this present matter and knowing of this Court's orders restraining such an action. (**Exhibit B, September 20, 2024 Email from Peter K. Moroh**). Specifically, on July 18, 2024 counsel for the GEICO defaulted individuals received the original Petition, order and monition from counsel for the Petitioners. (**Exhibit C, July 18, 2024 Email from Timothy Mizerowski to Peter K. Moroh**). Despite receiving the Petition, order and monition, counsel for the GEICO defaulted individuals has never appeared in this matter, never sought to set aside the defaults and now states he will pursue a separate action.

Petitioners now move that the GEICO defaulted individuals, who have failed to respond in any manner to this Petition, have default judgments entered against them pursuant to FRCP 55(b)(2). Specifically, Petitioners request that default judgments be entered as to Donald Meinke, Robert Thibaudeau, Stephanie Miles, Jim Snead, William Oliver, Mark Nettleton, Matthias Meyer, Myrtle Soles, and Ken Haverkate.

WHEREFORE, it is respectfully requested that default judgment be entered as to Donald Meinke, Robert Thibaudeau, Stephanie Miles, Jim Snead, William Oliver, Mark Nettleton, Matthias Meyer, Myrtle Soles, and Ken Haverkate.

Respectfully submitted,

**MIZEROWSKI THON & PARKER, P.C.**

/s/ Nicholas P. Gamber
TIMOTHY W. MIZEROWSKI (P43772)
WILLIAM L. PARKER (P51485)
NICHOLAS P. GAMBER (P83738)
Attorneys for Petitioners
43155 Main Street, Suite 2200-B
Novi, Michigan 48375
(734) 656-1500

Dated: September 20, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed: Petitioners' Motion for Entry of Default Judgment as to the Geico Defaulted Individuals and this Certificate of Service with the Clerk of the Court using the electronic filing system which will send notification of such filing to the above attorneys of record.

/s/ *Pamela J. Carbary*
Pamela J. Carbary