UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE COMPLAINT OF
JOHN SANOCKI and MICHELLE SANOCKI,
as Owners of a 1993 Carver 390 AFT Cabin
Motor Vessel with Hull ID Number
CDRW3032E393, for Exoneration from or
Limitation of Liability,

      Petitioners.
_____/

Case No. 1:23-cv-942

HON. JANE M. BECKERING

## ORDER AND DEFAULT JUDGMENT

This matter is before the Court on Petitioners' Motions for default judgment against certain individuals (ECF Nos. 108 & 113). Upon review of the record in this matter, including the above filings, Petitioners' Proposed Order (ECF No. 115), Petitioners' Supplement (ECF No. 117), and Petitioners' Response to the show cause order (ECF No. 118):

**IT IS HEREBY ORDERED** that Petitioners' Motions for default judgment against certain individuals and Petitioners' Supplement (ECF Nos. 108, 113, and 117) are GRANTED in part and DENIED in part, as follows.

**IT IS FURTHER ORDERED** that Petitioner's Proposed Order (ECF No. 115) is ADOPTED IN PART, as follows.

**IT IS FURTHER ORDERED** that Default Judgment is entered in favor of Petitioners and against Jeff Cunningham, Cindy Cunningham, Daniel Esch, Thomas Young, Travis Barkel, Ronald Konopka, Karen Konopka, Harry Mika, Renee Mika, Michael Piggott, Ken Haverkate, Shelley Haverkate, Stephanie Miles, Ann Meinke, Myrtle Soles, Mark Nelleton (a/k/a Mark Nettleton), Don Meinke (a/k/a Donald Meinke) and Bob Thibaubeau (a/k/a Robert Thibaudeau; a/k/a Bob Thibaudeau).

**IT IS FURTHER ORDERED** that specific entry of a default judgment against Mattias Meyer (a/k/a Matthias Meyer), Park Oliver (a/k/a William Oliver), and James Snead (a/k/a Jim Snead) is denied, because Petitioners represent that these individuals were not served by certified mailing (ECF No. 99).[1]

**IT IS FURTHER ORDERED** that all other individuals who may have a claim against Petitioners arising out of the March 6, 2023 fire who did not have their claims previously voluntarily dismissed by Petitioners or timely answer the Petitioners are prohibited from making any claim against Petitioners pursuant to 46 U.S.C. § 30510, *et seq*.

This case is closed.

Dated: October 31, 2024                                                       /s/ Jane M. Beckering
                                                                             JANE M. BECKERING
                                                                             United States District Judge

---

[1] Nonetheless, to the extent that these individuals may have a claim against Petitioners arising out of the March 6, 2023 fire and they did not have their claims previously *voluntarily* dismissed by Petitioners or timely answer the Petitioners, they are prohibited from making any claim against Petitioners pursuant to this Order and 46 U.S.C. § 30510, *et seq*.